USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 7, 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
BENJAMIN WATERS,                                       :
                                                       :
                    Plaintiff,                         :          09 Civ. 10314 (PAC) (FM)
                                                       :
            - against -                                :          ORDER ADOPTING R&R
                                                       :
DANIEL STEWART, et al.                                 :
                                                       :
                    Defendants.                        :
------------------------------------------------------- x

HONORABLE PAUL A. CROTTY, United States District Judge:

On December 21, 2009, Benjamin Waters commenced this prisoner civil rights action, pro

se. The Court referred general pretrial matters and dispositive motions in the case to Magistrate

Judge Frank Maas on January 4, 2010. After receiving several letters from Waters indicating that

he did not wish to pursue this case, Magistrate Judge Maas held a telephone conference with Waters

on August 3, 2010 to verify his intent. Waters reiterated his desire to discontinue the case,

confirmed that he had not been pressured to do so, and indicated that he had signed a stipulation of

voluntary discontinuance. That same day, Magistrate Judge Maas issued a Report and

Recommendation ("R&R"), recommending that the Court dismiss the case. The R&R provided

fourteen days for written objections, pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

No objections have been filed.

A district court may "accept, reject, or modify, in whole or in part, the findings or

recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "The district court may

adopt those portions of the report to which no timely objection has been made, so long as there is no

clear error on the face of the record." Feehan v. Feehan, No. 09 Civ. 7016 (DAB), 2011 WL

497776 at *1 (S.D.N.Y. Feb. 10, 2011).

Finding no clear error, the Court adopts Judge Maas's R&R in full and dismisses Waters's

claims against all defendants.  The Clerk of Court is directed to terminate this case.  Pursuant to 28

U.S.C § 1915(a), any appeal from this order would not be taken in good faith.


Dated: New York, New York
       April 7, 2011

                                                SO ORDERED

                                                _____
                                                PAUL A. CROTTY
                                                United States District Judge


Copies Mailed To:

Benjamin Waters
241-07-01081
11-11 Hazen Street
East Elmhurst, NY 11370

Lisa Marie Richardson
New York City Law Department
100 Church Street
New York, NY 10007